UNITED STATES DISTRICT COURT
Southern DISTRICT OF CALIFORNIA

**FILED**

FEB 2 2 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Jonathan Lee Riches,
Plaintiff

V.

Agent Richard L. Pierce d/b/a New Haven F.B.I.,
Defendant

'08 CV 0373 LAB NLS

Under Federal Rules of Criminal Procedure (41 G),
Motion For Return of Seized Property
Under 28 C.F.R. 9.1-9.9 Pardon of property

Comes Now the Plaintiff, Jonathan Lee Riches, Moves this Honorable
Court for Forfeiture of Plaintiffs property under (41g). On Feb 25th, 2003
Agent Pierce and the FBI took property belonging to Riches. Riches
was Indicted for being a International cyber criminal Looting Banks
out of millions of dollars with currency trading into Euros. Pierce took
Plaintiff's manuscript that was to be published through the Eden press,
Which consisted of Fraud Know hows and how to hack into computer systems
via a Keystoke Logger and trojan Horses into Email. Riches also seeks
return of the following items: 1 DM-2MV Night vision Goggles, Toshiba
50" projection TV, Apple Powerbook G4 Titanium, Sony Blue tooth handycam
Network, New Jersey Drivers License, Vermont State I.D under Robert charles
Kirmes, Texas DL under Thomas Flynn, Florida drivers License under
Rockefeller Riches, wiretap Equipment. Plaintiff Seeks the return of
this property under 41g. Plaintiff prays for relief.

Jonathan Lee Riches                    Respectfully,
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, S.C. 29590
843-387-9400