UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN LEE RICHES,<br><br>                            Petitioner,<br>vs.<br>LEONARDO SANTANA-MADERA,<br><br>                            Respondent. | Civil No.   08-0373 LAB (NLS)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

      Petitioner, a federal detainee, proceeding pro se, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, but has not paid the $5.00 filing fee and has not moved to proceed in forma pauperis.

      A Petition for Writ of Habeas Corpus must either be accompanied by a $5.00 filing fee or an application to proceed in forma pauperis. <u>See</u> Local Rule 3(a), 28 U.S.C. foll. § 2254. If Petitioner wishes to proceed with this action he must submit a copy of this Order with the requisite $5.00 fee or adequate proof he cannot pay the fee **no later than <u>April 29, 2008</u>**. For Petitioner's convenience, the Clerk of Court shall attach to this Order, a blank application to proceed in forma pauperis.

**IT IS SO ORDERED.**

DATED: March 3, 2008

*[signature]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge